987 A.2d 715

**Cozen O'CONNOR, Petitioner**

v.

**CITY OF PHILADELPHIA BOARD OF ETHICS and City of Philadelphia, Respondents.**

Supreme Court of Pennsylvania.

Dec. 29, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of December, 2009, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Did Cozen O'Connor have standing to obtain a declaratory judgment where Cozen O'Connor alleged in its complaint that it intended to forgive the outstanding debt of the Friends of Bob Brady Campaign Committee at one time and *in toto*, thereby exposing itself to potential civil penalties

and other sanctions under Phila. Code § 20–612 for violations of Phila. Code § 20–1002?